# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MARQUEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CINELEASE, INC., a Nevada corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. CV 22-6698-DMG (MRWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [33]** |

Based on the Parties' stipulation [Doc. # 33], and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety. The Parties shall bear their own costs and fees.

DATED: August 8, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE